# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY A. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | No.: 3:15-CV-534 |
| | ) | |
| STATE FARM FIRE & CASUALTY CO., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Come the parties, by and through counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and request and announce to this Honorable Court that all parties have reached a settlement which resolves all issues in controversy between Timothy A. Williams and State Farm Fire & Casualty Company and that the settlement reached by the parties provides that each will bear their own discretionary costs.

It is, therefore, ORDERED, that Defendant State Farm Fire & Casualty Company be and is hereby DISMISSED with prejudice. Each party shall bear its own discretionary costs.

Respectfully submitted this 9th day of March, 2017.


JAMES W. FRIAUF, PLLC

/s/James W. Friauf, *(by Mark A. Castleberry with permission)*
James W. Friauf, BPR # 27238
james@friauflaw.com
9724 Kingston Pike, Suite 104
Knoxville, TN  37922
(865) 236-0347
*Attorney for Plaintiff*


*(signatures continued on next page)*

LEWIS THOMASON KING KRIEG & WALDROP, PC

/s/Christopher W. Vescovo
Christopher W. Vescovo, BPR #014516
cvescovo@lewisthomason.com
Suite 2900, One Commerce Square
40 S. Main Street
Memphis, TN 38103
(901) 525-8721

    and

/s/Mark A. Castleberry
Mark A. Castleberry, BPR # 024353
mcastleberry@lewisthomason.com
One Centre Square
620 Market Street, Fifth Floor
P.O. Box 2425
Knoxville, TN 37901
(865) 546-4646

*Attorneys for Defendant*
*State Farm Fire & Casualty Company*

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 9th day of March, 2017, a copy of the foregoing AGREED STIPULATION OF DISMISSAL was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                              /s/Mark A. Castleberry
                                              Mark A. Castleberry, BPR # 024353